ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Dunlap Towing Co. | ) | ASBCA No. 64422 |
| | ) | |
| Under Contract No. N4523A-24-F-4010 | ) | |

APPEARANCES FOR THE APPELLANT:        Noah S. Jaffe, Esq.
                                                                          Chris P. Reilly, Esq.
                                                                            Nicoll Black Altenbrun & Feig PLLC
                                                                            Seattle, WA

APPEARANCES FOR THE GOVERNMENT:   Allison M. McDade, Esq.
                                                                              Navy Chief Trial Attorney
                                                                            Devin A. Wolak, Esq.
                                                                              Trial Attorney

ORDER OF DISMISSAL

By notice dated February 13, 2026, appellant voluntarily withdrew this appeal without prejudice.  The government does not object to appellant's voluntary withdrawal without prejudice.  Accordingly, the appeal is dismissed from the Board's docket without prejudice.

Dated:  March 12, 2026

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64422, Appeal of Dunlap Towing Co., rendered in conformance with the Board's Charter.

Dated:  March 13, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals